February 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

SAFEER HASSAN, Appellant

NO. 14-11-00916-CV                    V.

SHABRAHRAM YAZDANI-BEIOKY, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on September 26, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by SAFEER HASSAN.

We further order this decision certified below for observance.